# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO JACOBO AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:19-cv-00193 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On October 17, 2019, the Commissioner filed a stipulation of the parties for an extension of thirty days to file a response to Plaintiff's opening brief. (Doc. 13) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 3), and this is the first extension requested by either party. Thus, the requested extension of thirty days is appropriate. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. The Commissioner **SHALL** file a response to Plaintiff's opening brief on or before **November 18, 2019**.

IT IS SO ORDERED.

Dated: **October 18, 2019**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE