**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCORRO JACOBO AGUILAR,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-0193 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 18) |

Socorro Jacobo Aguilar and Andrew Saul, Commissioner of Social Security, stipulated for the payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18) Subject to the terms of the stipulation, the Court **ORDERS** fees and costs in the total amount of $7,500.00 are **AWARDED** to Socorro Jacobo Aguilar.

IT IS SO ORDERED.

Dated:   **June 30, 2020**           **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE